[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 99-13205
_____
D.C. Docket No. 99-00786-CV-KMM

BERNIE HARRY, as Personal Representative of
the Estate of Lisa Normil, deceased,

                                        Plaintiff-Appellant,

    versus

WAYNE MARCHANT, M.D., ALI BAZZI, M.D., et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(Opinion January 10, 2001, 237  F.3d . 1315, 11th Cir., 2001)

(July 31, 2001)


Before ANDERSON, Chief Judge, TJOFLAT,  EDMONDSON,  BIRCH, DUBINA,
BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.


B Y  T H E  C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.